# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RODNEY EUGENE SMITH,**

    Plaintiff,

v.                                                     **CASE NO. 1:08-cv-147-MP/AK**

**WALTER A. MCNEIL,**

    Defendant.

_____/

## O R D E R

Plaintiff has filed a response to the show cause order (doc. 14) seeking additional time to file an amended complaint. (Doc. 16). He also seeks discovery, but this request is premature since no defendants have been served in this matter. However, the court will grant Plaintiff through April 10, 2009, to file an amended complaint as previously directed.

**DONE AND ORDERED** this  *13*th day of March, 2009.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**