# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RODNEY EUGENE SMITH,**

    **Plaintiff,**

v.                                           **CASE NO. 1:08-cv-147-MP/AK**

**WALTER A. MCNEIL,**

    **Defendant.**

_____/

## O R D E R

Plaintiff has requested additional time to file the amended complaint directed by previous order. (Doc. 19). Having considered said request, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through **April 30, 2009**, to file the amended complaint.

**DONE AND ORDERED** this _10th_ day of April, 2009.

                              s/ A Kornblum
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**