IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


RODNEY EUGENE SMITH,

     Plaintiff,

v.                                                                          CASE NO. 1:08-cv-00147-MP-AK

WALTER A. McNEIL, et al.,

     Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 25, Report and Recommendation of the

Magistrate Judge, which recommends that this case be transferred to the United States District

Court for the Southern District of Florida for all further proceedings.  The Magistrate entered the

Report on May 11, 2009.  Plaintiff has filed no objection to the Report, and the time to do so has

now passed.  Upon consideration, the Court agrees with the Magistrate's recommendation.

Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted and
incorporated herein.  The Clerk is directed to transfer this case to the United States
District Court for the Southern District of Florida for all further proceedings.

     **DONE AND ORDERED** this _  11th_ day of June, 2009


         *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge